In the Matter of the Application of ADELE AHRENS WATT to Compel THE NEW YORK TRUST COMPANY, as Testamentary Trustee, etc., of HENRY L. WOLFF, Deceased, to Settle Its Account as Such Testamentary Trustee and for the Appointment of a Substitute Trustee in Place and Stead of Said THE NEW YORK TRUST COMPANY. ADELE AHRENS WATT, Petitioner, Appellant; THE NEW YORK TRUST COMPANY, Respondent.— Order unanimously affirmed, with costs. No opinion. Present — Martin, P. J., O'Malley, Townley, Dore and Cohn, JJ.

JEANNE GETLAR and HELEN GETLAR, Respondents, v. IRWIN RUBINSTEIN, Appellant, Impleaded with Others, Defendants.— Judgment unanimously affirmed, with costs. No opinion. Present — Martin, P. J., O'Malley, Townley, Dore and Cohn, JJ. [171 Misc. 140.]

ALBERT MOOK and Others, Appellants, v. NORBERT LEIBEL, Respondent.— Order unanimously affirmed, with twenty dollars costs and disbursements. No opinion. Present — Martin, P. J., O'Malley, Townley, Dore and Cohn, JJ.

DOMINICK LAURIA, an Infant, by His Guardian ad Litem, ANTONIO LAURIA, and ANTONIO LAURIA, Appellants, v. SEELSEE CORPORATION, Formerly Known as CONSOLIDATED LAUNDRIES CORPORATION, Respondent.— Order unanimously affirmed, with costs and disbursements. No opinion. Present — Martin, P. J., O'Malley, Townley, Dore and Cohn, JJ.

In the Matter of the Application of JACK MORGENBESSER, Petitioner, for a Certiorari Order against PHILIP J. McCOOK, a Justice of the Supreme Court of the State of New York, Respondent. THE PEOPLE OF THE STATE OF NEW YORK, Plaintiff, Respondent, v. JACK MORGENBESSER, Defendant, Appellant.— Order of certiorari unanimously dismissed and determination of the respondent confirmed. (*Matter of Finkel* v. *McCook*, 247 App. Div. 57; affd., 271 N. Y. 636; *Matter of Spector* v. *Allen*, 281 N. Y. 251, at p. 256.) Appeal from order entered on or about August 6, 1936, unanimously dismissed. (*Matter of Douglas* v. *Adel*, 269 N. Y, 144, 149; *People ex rel. Nunns* v. *County Court*, 188 App. Div. 424.) Present — Martin, P. J., O'Malley, Townley, Dore and Cohn, JJ.

In the Matter of the Application of JOHN HORAN, Petitioner, for an Order of Certiorari against LEWIS J. VALENTINE, as Police Commissioner of the City of New York, Respondent.— Order of certiorari unanimously dismissed and determination of the respondent confirmed, with fifty dollars costs and disbursements to the respondent. No opinion. Present — Martin, P. J., O'Malley, Townley, Dore and Cohn, JJ.

## (November 17, 1939.)

In the Matter of the Application of ALBERT SCHENDEL and Others, Appellants, against PAUL J. KERN and Others, etc., Respondents.— Order affirmed. No opinion. Present — Martin, P. J., O'Malley, Townley, Dore and Cohn, JJ. [See *Matter of Cox* v. *Kern*, *ante*, p. 791; *post*, pp. 869, 870.]

In the Matter of the Application of JOHN BRAITHWAITE and Others, Appellants, against PAUL J. KERN and Others, etc., Respondents.— Order affirmed. No opinion. Present — Martin, P. J., O'Malley, Townley, Dore and Cohn, JJ. [See *Matter of Cox* v. *Kern*, *ante*, p. 791; *post*, pp. 869, 870.]